# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159235-8(72)

HAZIM GULLA, IKHALAS GULLA, HEATHER GULLA, HOLLY GULLA, HEIDI GULLA, DARRELL DAVIS, BARBARA DAVIS, ELISA KLINE, MASON KLINE, ELIZABETH EBERHARDT, JIMMY JAMES, LAROSA E. PATRICK, HELEN CHAPMAN, DAMARIUS CHAPMAN, SADE CHAPMAN, DIONTE CHAPMAN, TAJUANA CHAPMAN, TASHIANA CHAPMAN, KYEIRA HOWELL, LASHONDA JONES, DOROTHY CHAPMAN, Individually and as Conservator of the ESTATE OF LULA PEARL ATKINS-NELSON, SHAMIYA CHAPMAN, DUQUAN CHAPMAN, HARRY CHAPMAN, MICHAEL LYMON, DEBORAH CHAPMAN-MARSHALL, FREDERICK MARSHALL, ESSIE CHAPMAN, INEZ MARIE WALKER, RONNIE L. WALKER, SHAWANA M. WALKER, STEVEN W. REDMOND, JEROME CHAPMAN, JEANETTE CHAPMAN, MAURICE CHAPMAN, MAY J. CHAPMAN, JOHN W. CHAPMAN, BOBBIE RODGERS, HENRY C. BIGGS, RENITA M. COLEMAN, MELEISA A. BETTS, ANGELA PRICE, D'ANNA N. PRICE, AA'NIYAH EVANS, ARTAYAH PRICE, BOBBY DEAN GRACE, TERRY GRAVELLE, MARILYN DONEY-GRAVELLE, ANGELINA DONEY, ANNE M. HICKS, JOSHUA HICKS, LAQUANTUS CARDELL, RAVEN NEAL, ROMERO CARDWELL, SIRQRON CARDWELL, KATHLEEN CLIFTON, CARLTON BUTLER, DANIEL CLIFTON, DEBBIE MITCHELL-BUTLER, MAGNOLIA YOUNGER, RYAN YOUNGER, GOWON YOUNGER, TIESHA TAYLOR,

DAMARRION E. TAYLOR, MARIAH A.
TAYLOR, KANIYA TAYLOR, and PAULA
BROWN,

       Plaintiffs-Appellees,

v

STATE OF MICHIGAN, GOVERNOR,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

       Defendants-Appellants,

and

EDWARD KURTZ, DARNELL EARLEY, and
JERRY AMBROSE,

       Defendants-Appellees,

and

DAN WYANT,

       Defendant.

SC: 159235
COA: 340017
Ct of Claims: 16-000298-MZ

_____

LAWRENCE WASHINGTON, JR., Individually
and as Next Friend of TAYLOR WASHINGTON,
Minor, MORGAN WASHINGTON, Minor,
CHLOE WASHINGTON, Minor, MADISON
WASHINGTON, Minor, and LAWRENCE
WASHINGTON, Minor, AARON SWINGER,
ANGELA WAY, and CONNIE MCNEAL,

       Plaintiffs-Appellees,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

       Defendants-Appellants,

and

SC: 159236
COA: 340275
Ct of Claims: 16-000300-MM

DARNELL EARLEY, GERALD AMBROSE, and MIKE BROWN,

        Defendants-Appellees,

and

ED KURTZ,

        Defendant.

_____

HAZIM GULLA, IKHALAS GULLA, HEATHER GULLA, HOLLY GULLA, HEIDI GULLA, DARRELL DAVIS, BARBARA DAVIS, ELISA KLINE, MASON KLINE, ELIZABETH EBERHARDT, JIMMY JAMES, LAROSA E. PATRICK, HELEN CHAPMAN, DAMARIUS CHAPMAN, SADE CHAPMAN, DIONTE CHAPMAN, TAJUANA CHAPMAN, TASHIANA CHAPMAN, KYEIRA HOWELL, LASHONDA JONES, DOROTHY CHAPMAN, Individually and as Conservator of the ESTATE OF LULA PEARL ATKINS-NELSON, SHAMIYA CHAPMAN, DUQUAN CHAPMAN, HARRY CHAPMAN, MICHAEL LYMON, DEBORAH CHAPMAN-MARSHALL, FREDERICK MARSHALL, ESSIE CHAPMAN, INEZ MARIE WALKER, RONNIE L. WALKER, SHAWANA M. WALKER, STEVEN W. REDMOND, JEROME CHAPMAN, JEANETTE CHAPMAN, MAURICE CHAPMAN, MAY J. CHAPMAN, JOHN W. CHAPMAN, BOBBIE RODGERS, HENRY C. BIGGS, RENITA M. COLEMAN, MELEISA A. BETTS, ANGELA PRICE, D'ANNA N. PRICE, AA'NIYAH EVANS, ARTAYAH PRICE, BOBBY DEAN GRACE, TERRY GRAVELLE, MARILYN DONEY-GRAVELLE, ANGELINA DONEY, ANNE M. HICKS, JOSHUA HICKS, LAQUANTUS CARDELL, RAVEN NEAL, ROMERO CARDWELL, SIRQRON CARDWELL, KATHLEEN CLIFTON, CARLTON BUTLER, DANIEL CLIFTON, DEBBIE MITCHELL-BUTLER, MAGNOLIA YOUNGER, RYAN YOUNGER, GOWON YOUNGER, TIESHA

TAYLOR, DAMARRION E. TAYLOR,
MARIAH A. TAYLOR, KANIYA TAYLOR, and
PAULA BROWN,
        Plaintiffs-Appellees,

v

STATE OF MICHIGAN, GOVERNOR,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
        Defendants-Appellants,
and

EDWARD KURTZ, DARNELL EARLEY,
JERRY AMBROSE, and DAN WYANT,
        Defendants.

SC: 159237
COA: 340458
Ct of Claims: 16-000298-MZ

_____

LAWRENCE WASHINGTON, JR., Individually
and Next Friend of TAYLOR WASHINGTON,
Minor, MORGAN WASHINGTON, Minor,
CHLOE WASHINGTON, Minor, MADISON
WASHINGTON, Minor, and LAWRENCE
WASHINGTON, Minor, AARON SWINGER,
ANGELA WAY, and CONNIE MCNEAL,
        Plaintiffs-Appellees,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
        Defendants-Appellants,
and

DARNELL EARLEY, GERALD AMBROSE,
MIKE BROWN, and ED KURTZ,
        Defendants.

SC: 159238
COA: 340890
Ct of Claims: 16-000300-MM

_____/

On order of the Chief Justice, the motion of defendants-appellees Darnell Earley, Gerald Ambrose, and Mike Brown to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk